2013 NOV 22  PM 3: 10

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EARNEST ALLEN, JR.,<br><br>　　　　Defendant. | Case No. 13CR1247-JAH<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Secs. 1591(a)<br>and (b) - Sex Trafficking of<br>Children;  Title 18, U.S.C.,<br>Secs. 2251(a) and (e) - Sexual<br>Exploitation of a Child; Title 18,<br>U.S.C., Secs. 2251(a) and (e) –<br>Attempted Sexual Exploitation of a<br>Child; Title 18, U.S.C.,<br>Secs. 1594(d) and 2253(a) - Criminal<br>Forfeiture |

The grand jury charges:

Count 1

On or about and between June 2012 and November 7, 2012, within the Southern District of California and elsewhere, defendant EARNEST ALLEN, JR. knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Minor Female #1 ("MF1" - age 17), knowing and in reckless disregard of the fact that MF1: (1) would be caused to engage in a commercial sex act; and (2) having had a

CEK:sj(lml):San Diego
11/21/13

1  reasonable opportunity to observe MF1 and knowing and in reckless
2  disregard of the fact that MF1 had not attained the age of 18 years;
3  in violation of Title 18, United States Code, Sections 1591(a) and
4  (b).

### Count 2

6      On or about August 23, 2012, within the Southern District of
7  California and elsewhere, defendant EARNEST ALLEN, JR., did employ,
8  use, persuade, induce, entice and coerce a minor female (age 17) to
9  engage in any sexually explicit conduct for the purpose of producing
10 a visual depiction of such conduct, to wit: VID_20120823_125430.mp4,
11 which visual depiction was produced and transmitted using materials
12 that have been mailed, shipped and transported in and affecting
13 interstate and foreign commerce, by any means; in violation of
14 Title 18, United States Code, Sections 2251(a) and (e).

### Count 3

16     On or about August 23, 2012, within the Southern District of
17 California and elsewhere, defendant EARNEST ALLEN, JR., did knowingly
18 attempt to employ, use, persuade, induce, entice and coerce a minor
19 female (age 17) to engage in any sexually explicit conduct for the
20 purpose of producing a visual depiction of such conduct, to wit:
21 VID_20120823_125718.mp4, which visual depiction was produced and
22 transmitted using materials that have been mailed, shipped and
23 transported in and affecting interstate and foreign commerce, by any
24 means; in violation of Title 18, United States Code, Sections 2251(a)
25 and (e).

26 //

27 //

28 //

1

## Count 4

2      On or about September 26, 2012, within the Southern District of
3 California and elsewhere, defendant EARNEST ALLEN, JR., did employ,
4 use, persuade, induce, entice and coerce a minor female (age 17) to
5 engage in any sexually explicit conduct for the purpose of producing
6 a visual depiction of such conduct, to wit: VID_20120926_091253.mp4,
7 which visual depiction was produced and transmitted using materials
8 that have been mailed, shipped and transported in and affecting
9 interstate and foreign commerce, by any means; in violation of
10 Title 18, United States Code, Sections 2251(a) and (e).

11

## Count 5

12      On or about November 2, 2012, within the Southern District of
13 California and elsewhere, defendant EARNEST ALLEN, JR., did employ,
14 use, persuade, induce, entice and coerce a minor female (age 17) to
15 engage in any sexually explicit conduct for the purpose of producing
16 a visual depiction of such conduct, to wit: VID_20121102_021910.mp4,
17 which visual depiction was produced and transmitted using materials
18 that have been mailed, shipped and transported in and affecting
19 interstate and foreign commerce, by any means; in violation of
20 Title 18, United States Code, Sections 2251(a) and (e).

21

## FORFEITURE ALLEGATIONS

22      1.     The allegations contained in Counts 1 through 5 of this
23 Indictment are realleged and by their reference fully incorporated
24 herein for the purpose of alleging forfeiture to the United States of
25 America pursuant to the provisions of Title 18, United States Code,
26 Sections 1594(d), and Title 18, United States Code, Section 2253.
27 //
28 //

3

1    2.    Upon conviction of one or more of the offenses alleged in
2  Counts 1 through 5, which involve violations of Upon conviction of
3  the offense alleged in Count 1, which involves violations of
4  Title 18, United States Code, Section 1591(a) and (b) (sex
5  trafficking of children) and 2251(a) (sexual exploitation of a
6  child), defendant ERNEST ALLEN, JR. shall forfeit to the
7  United States, pursuant to Title 18, United States Code,
8  Section 1594(d) and 2253, defendant EARNEST ALLEN, JR. shall forfeit
9  to the United States, pursuant to Title 18, United States Code,
10 Sections 1594(d) and 2253(a) all right, title and interest in:

11         a.    any visual depictions described in Section 2252, and
12 any matter which contains any such visual depictions;

13         b.    any property, real or personal, constituting or
14 traceable to gross profits of the offense; and

15         c.    any property, real or personal, used or intended to be
16 used to commit or to promote the commission of said offense,
17 including but not limited to the following personal property:

18              i.    Any and all images of child pornography, as
19 defined in Title 18, United States Code, Section 2256;

20              ii.   One (1) Samsung mobile phone, Model SPH-M930, FCC
21 ID: A3LSPHM930;

22              iii.  One (1) Blackberry mobile phone; and

23              iv.   $835 in U.S. currency.

24    3.    If any of the forfeitable property described above in
25 Paragraph 2, as a result of any act or omission of the defendant:

26         a.    cannot be located upon the exercise of due diligence;

27         b.    has been transferred or sold to, or deposited with, a
28 third party;

4

1           c.     has been placed beyond the jurisdiction of the Court;

2           d.     has been substantially diminished in value; or

3           e.     has been commingled with other property which cannot

4 be subdivided without difficulty; it is the intent of the United

5 States, pursuant to Title 18, United States Code, Sections 1594(d)

6 and 2253(o), to seek forfeiture of any other property of the

7 defendant up to the value of the forfeitable property described above

8 in Paragraph 2.

9 All pursuant to Title 18, United States Code, Sections 1594(d) and

10 2253(a).

11       DATED:  November 22, 2013.

12                                      A TRUE BILL:

13

14                                      Foreperson

15 LAURA E. DUFFY
   United States Attorney

16

17 By:

18      CHARLOTTE E. KAISER
      Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28