**FILED**

SEP 09 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   13CR1247-JAH |
| Plaintiff, | INFORMATION<br>Superseding |
| v. | |
| EARNEST ALLEN, JR., | Title 18, U.S.C., Sec. 2422(b) –<br>Enticement of a Minor |
| Defendant. | |

The United States Attorney charges:

On or about and between June 2012 and November 7, 2012, within the Southern District of California and elsewhere, defendant EARNEST ALLEN, JR. using any facility and means of interstate and foreign commerce did knowingly persuade induce, entice and coerce, an individual who had not attained the age of 18 years, to wit: minor victim #1 (between the ages of 16 and 17) to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Sexual Exploitation of Children, 18 U.S.C. § 2251(a); in violation of Title 18, United States Code, Section 2422(b).

DATED: 9/9/15 .

LAURA E. DUFFY
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney